| | |
|---|---|
| 1 | 86COOLEY LLP |
| 2 | RONALD S. LEMIEUX (120822) (rlemieux@cooley.com)<br>VID R. BHAKAR (220210) (vbhakar@cooley.com) |
| 3 | SHANÉE Y. W. NELSON (221310) (snelson@cooley.com)<br>Five Palo Alto Square |
| 4 | 3000 El Camino Real<br>Palo Alto, CA 94306-2155 |
| 5 | Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 |
| 6 | Attorneys for Plaintiffs |
| 7 | ASUSTeK Computer Inc., ASUS Computer International,<br>Pegatron Corporation, Pegatron Technology Service Inc., |
| 8 | Unihan Corporation, ASRock Incorporated, and ASRock<br>America, Inc. |

FILED
JAN 12 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EMC

| | |
|---|---|
| ASUSTeK COMPUTER INC., a Taiwan corporation, ASUS COMPUTER INTERNATIONAL, a California corporation, PEGATRON CORPORATION, a Taiwan corporation, PEGATRON TECHNOLOGY SERVICE INC., an Indiana corporation, UNIHAN CORPORATION, a Taiwan corporation, ASROCK INCORPORATED, a Taiwan corporation, and ASROCK AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AFTG-TG, L.L.C., a Wyoming limited liability company, PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah limited liability company and PHILLIP M. ADAMS, an individual,<br><br>Defendants. | Case No. CV. 11-0192<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned counsel for Plaintiffs ASUSTeK Computer Inc., ASUS Computer International, Pegatron Corporation, Pegatron Technology Service Inc.,

1  Unihan Corporation, ASRock Incorporated, and ASRock America, Inc. certifies that as of this
2  date, other than the named parties, there is no such interest to report.

4  Dated: January 12, 2011        COOLEY LLP
                                  RONALD S. LEMIEUX
                                  VID R. BHAKAR
                                  SHANÉE Y. W. NELSON

                                  _____
                                  Ronald S. Lemieux

                                  Attorneys for Plaintiffs
                                  ASUSTeK Computer Inc., ASUS Computer
                                  International, Pegatron Corporation, Pegatron
                                  Technology Service Inc., Unihan Corporation,
                                  ASRock Incorporated, and ASRock America, Inc.

910117/HN