```
COOLEY LLP
RONALD S. LEMIEUX (120822) (rlemieux@cooley.com)
VID R. BHAKAR (220210) (vbhakar@cooley.com)
SHANÉE Y. W. NELSON (221310) (snelson@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Plaintiffs
ASUSTeK Computer Inc., ASUS Computer International,
Pegatron Corporation, Pegatron Technology Service Inc.,
Unihan Corporation, ASRock Incorporated, and ASRock
America, Inc.
```

FILED
JAN 12 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

EMC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ASUSTeK COMPUTER INC., a Taiwan corporation, ASUS COMPUTER INTERNATIONAL, a California corporation, PEGATRON CORPORATION, a Taiwan corporation, PEGATRON TECHNOLOGY SERVICE INC., an Indiana corporation, UNIHAN CORPORATION, a Taiwan corporation, ASROCK INCORPORATED, a Taiwan corporation, and ASROCK AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AFTG-TG, L.L.C., a Wyoming limited liability company, PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah limited liability company and PHILLIP M. ADAMS, an individual,<br><br>Defendants. | Case No. CV 11-00192<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiffs

ASUSTeK Computer Inc., ASUS Computer International, Pegatron Corporation , Pegatron

Technology Service Inc., Unihan Corporation, ASRock Incorporated, and ASRock America, Inc. makes the following disclosure statement:

1. ASUSTeK Computer Inc. owns more than 10% of the stock of ASUS Computer International and Pegatron Corporation.

2. Pegatron Corporation owns more than 10% of the stock of Pegatron Technology Service Inc., Unihan Corporation, and ASRock Incorporated.

3. ASRock Incorporated owns more than 10% of the stock of ASRock America, Inc.

4. There is no parent corporation or any publicly held corporation owning 10% or more of the stock of ASUSTeK Computer Inc.

Dated: January 12, 2011

COOLEY LLP
RONALD S. LEMIEUX
VID R. BHAKAR
SHANÉE Y. W. NELSON

_____
Ronald S. Lemieux

Attorneys for Plaintiffs
ASUSTeK Computer Inc., ASUS Computer International, Pegatron Corporation, Pegatron Technology Service Inc., Unihan Corporation, ASRock Incorporated, and ASRock America, Inc.

910119/HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

-2-

PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT