COOLEY LLP
RONALD S. LEMIEUX (120822) (rlemieux@cooley.com)
VID R. BHAKAR (220210) (vbhakar@cooley.com)
SHANÉE Y. W. NELSON (221310) (snelson@cooley.com)
MELISSA H. KEYES (258605) (mkeyes@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiffs
ASUSTeK Computer Inc., ASUS Computer International, Pegatron Corporation, Pegatron Technology Service Inc., Unihan Corporation, ASRock Incorporated, and ASRock America, Inc.

**IT IS SO ORDERED**
Judge Edward J. Davila
11/30/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTeK COMPUTER INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AFTG-TG, L.L.C., et al.,<br><br>　　　　Defendants. | Case No. 5:11-cv-00192 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY ASROCK INCORPORATED AND ASROCK AMERICA, INC.**<br><br>Complaint filed: January 12, 2011<br>Trial Date: TBD<br>C\ |

　　　　NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ASRock Incorporated and ASRock America, Inc. voluntarily dismiss the above-captioned action, without prejudice, against defendants AFTG-TG, L.L.C., Phillip M. Adams & Associates, L.L.C. and Phillip M. Adams. Defendants have not yet served an answer to the complaint or a summary judgment motion.

///

///

///

| | | |
|---|---|---|
| 1 | Dated:  November 29, 2011 | Respectfully submitted, |
| 2 | | COOLEY LLP |
| 3 | | RONALD S. LEMIEUX (120822)<br>VIDYA R. BHAKAR (220210) |
| 4 | | SHANÉE Y. W. NELSON (221310)<br>MELISSA H. KEYES (258605) |
| 5 | | By:  /s/ Ronald S. Lemieux |
| | | Ronald S. Lemieux |
| 6 | | |
| 7 | | Attorneys for Plaintiffs<br>ASRock Incorporated and ASRock America, Inc. |

987810/HN

IT IS SO ORDERED
The Clerk shall terminate all pending motions, deadlines and hearings.
The Clerk shall close this file.
Dated: November 30, 2011

United States District Judge