COOLEY LLP
RONALD S. LEMIEUX (120822) (rlemieux@cooley.com)
VID R. BHAKAR (220210) (vbhakar@cooley.com)
SHANÉE Y. W. NELSON (221310) (snelson@cooley.com)
MELISSA H. KEYES (258605) (mkeyes@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Plaintiffs
, ASRock Incorporated, and ASRock America, Inc.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward J. Davila

12/2/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTeK COMPUTER INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AFTG-TG, L.L.C., et al.,<br><br>Defendants. | Case No. 5:11-cv-00192 EJD<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL BY ASROCK INCORPORATED AND ASROCK AMERICA, INC.**<br>ORDER REOPENING CASE<br>Complaint filed: January 12, 2011<br>Trial Date: TBD |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ASRock Incorporated and ASRock America, Inc. voluntarily dismiss their claims and their claims only against defendants AFTG-TG, L.L.C., Phillip M. Adams & Associates, L.L.C. and Phillip M. Adams in the above-captioned action, without prejudice. Defendants have not yet served an answer to the complaint or a summary judgment motion.

This amended notice is to correct an error in the notice filed on November 28, 2011 (Docket No. 33). The claims brought by Plaintiffs ASUSTeK Computer Inc., ASUS Computer International, Pegatron Corporation, Pegatron Technology Service Inc. and Unihan Corporation against Defendants are not being dismissed and remain asserted against the Defendants.

Dated: November 30, 2011

Respectfully submitted,

COOLEY LLP
RONALD S. LEMIEUX (120822)
VIDYA R. BHAKAR (220210)
SHANÉE Y. W. NELSON (221310)
MELISSA H. KEYES (258605)

By: */s/ Ronald S. Lemieux*
Ronald S. Lemieux

Attorneys for Plaintiffs
ASRock Incorporated and ASRock America, Inc.

990406 v1/HN

IT IS SO ORDERED.

The previous Order terminating the case was in error and is hereby VACATED. (See Docket Item No. 34). The Clerk shall REOPEN the case and reinstate AFTG-TG LLC, Phillip M. Adams, Phillip M. Adams & Associates LLC as pending (Docket Item No. 24). The motion remains under submission by the Court as previously noticed (See Docket Item No. 32).

Dated: December 2, 2011

Edward J. Davila
United States District Judge