UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTeK COMPUTER INC., et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>AFTG-TC, LLC, et al.,<br><br>    Defendants. | Case No.: 5: 11-CV-00192 EJD<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>**(Re: Docket No. 39)** |

On January 26, 2012, Defendants filed a motion for leave to file a motion for reconsideration of the court's interlocutory order, issued on December 29, 2011, granting in part Defendants' motion to dismiss, denying Defendants' motion to transfer, and denying Defendants' motion to stay. Pursuant to Civil L.R. 7-9(a), Defendants request leave to file a motion for reconsideration to ask this court to stay the current proceeding pending an opinion of the Federal Circuit Court determining whether Plaintiffs are subject to personal jurisdiction in Wyoming.

IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

**IT IS SO ORDERED**.

Dated: February 2, 2012

EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-CV-00192 EJD
ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION