**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC., et. al., | CASE NO. 5:11-cv-00192 EJD |
| Plaintiff(s), | **ORDER GRANTING STIPULATION TO STAY PROCEEDINGS** |
| v. | |
| AFTG-TG L.L.C, et. al., | [Docket Item No. 43] |
| Defendant(s). | |

Presently before the court is the joint stipulation to stay this action pending a ruling from the Federal Circuit, which the parties expect may issue in the next thirty days. See Docket Item No. 43. Having reviewed the stipulation, the courts finds the requested stay appropriate with modifications.

Accordingly, the joint stipulation to stay this action is GRANTED. This action is STAYED through April 20, 2012, at which time the stay will automatically dissolve. Either party may petition the court for an extension of the stay should the circumstances so require.

Defendant's Motion for Reconsideration (Docket Item No. 42) is TERMINATED WITHOUT PREJUDICE to such motion being re-filed after expiration of the stay.

**IT IS SO ORDERED.**

Dated: March 6, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-00192 EJD
ORDER GRANTING STIPULATION TO STAY PROCEEDINGS